1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E & J GALLO WINERY, | CASE NO. CV F 10-2187 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 6.) |
| vs. | |
| CAROLINA VINEYARDS, LLC, et al., | |
| Defendants. | |
| _____/ | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.      DISMISSES this action without prejudice;

2.      VACATES all pending matters and dates; and

3.      DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:      December 16, 2010**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

1